| | |
|---|---|
| 1 | WHATLEY DRAKE & KALLAS LLC |
| | Joe R. Whatley, Jr. |
| 2 | jwhatley@wdklaw.com |
| | Edith M. Kallas |
| 3 | ekallas@wdklaw.com |
| | 1540 Broadway, 37th Floor |
| 4 | New York, NY 10036 |
| | Tel: (212) 447-7070 |
| 5 | Fax: (212) 447-7077 |
| 6 | Adam Plant |
| | aplant@wdklaw.com |
| 7 | 2001 Park Place North, Suite 1000 |
| | Birmingham, AL 35203 |
| 8 | Tel: (205) 328-9576 |
| | Fax: (205) 328-0669 |
| 9 | |
| | Plaintiffs Lead Class Counsel |
| 10 | |
| | FARUQI & FARUQI, LLP |
| 11 | Adam R. Gonnelli |
| | agonnelli@faruqilaw.com |
| 12 | David H. Leventhal |
| | dleventhal@faruqilaw.com |
| 13 | Jamie R. Mogil |
| | jmogil@faruqilaw.com |
| 14 | 369 Lexington Avenue, 10th Floor |
| | New York, NY 10017 |
| 15 | Tel: (212) 983-9330 |
| | Fax: (212) 983-9331 |
| 16 | |
| | (Counsel for Plaintiffs Alyce R. Payne, |
| 17 | William French and Karen Michaels) |
| 18 | [Additional counsel appear on signature pages] |

**IT IS SO ORDERED**

Judge James Ware

2/2/2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | | |
|---|---|---|
| In re Apple iPhone 3G Products Liability Litigation | ) ) ) ) | CASE NO. M 09-02045 JW |
| | | **CLASS ACTION** |
| THIS DOCUMENT PERTAINS TO: | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL OF AT&T MOBILITY LLC AS A DEFENDANT IN *PAYNE, et al. v. APPLE INC., et al.,* CASE NO. C 09-03353-JW** |
| *Payne, et al. v. Apple Inc., et al.,* C 09-03353-JW | ) ) ) ) ) ) ) | **Date: N/A** <br> **Time: N/A** <br> **Judge:    Hon. James Ware** |

NOTICE OF VOLUNTARY DISMISSAL     CASE NO.: M 09-02045 JW
                                  CASE NO.: C 09-03353-JW

PLEASE TAKE NOTICE that in the above identified matter (*Payne, et al. v. Apple Inc., et al.*, Case No. C09-03353-JW) AT&T Mobility LLC **only** is hereby dismissed as a defendant without prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

DATED: January 26, 2010           Respectfully Submitted,

WHATLEY DRAKE & KALLAS LLC

By:    S/Joe R. Whatley, Jr.
       Joe R. Whatley, Jr.
       jwhatley@wdklaw.com
1540 Broadway, 37th Floor
New York, NY 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Adam Plant
aplant@wdklaw.com
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: (205) 328-9576
Fax: (205) 328-0669

LEAD CLASS COUNSEL

DATED: January 26, 2010           FARUQI & FARUQI, LLP

By:    S/Adam R. Gonnelli
       Adam R. Gonnelli
       agonnelli@faruqilaw.com
David H. Leventhal
dleventhal@faruqilaw.com
Jamie R. Mogil
jmogil@faruqilaw.com
369 Lexington Avenue, 10th Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331

CLAXTON & HILL, PLLC
Roger F. Claxton
10000 N. Central Expressway, Suite 725
Dallas, TX 75231
Tel: (214) 969-9029
Fax: (214) 953-0583

Counsel for Plaintiffs Alyce R. Payne, William French and Karen Michaels

I, Alan M. Mansfield, am the ECF user whose ID and password are being used to file this Joint Motion and accompanying papers. In compliance with General Order 45, section X.B., I

2
NOTICE OF VOLUNTARY DISMISSAL           CASE NO.: M 09-02045 JW
                                                                                     CASE NO.: C09-00122-JW

1 | hereby attest that I have on file the concurrences for any signatures indicated by a "conformed"
2 | signature (/S) within this e-filed document.

3 |                                     By:    S/Alan M. Mansfield
                                                Alan M. Mansfield