| | |
|---|---|
| 1 | WHATLEY DRAKE & KALLAS LLC |
|   | Joe R. Whatley, Jr. |
| 2 | jwhatley@wdklaw.com |
|   | Edith M. Kallas |
| 3 | ekallas@wdklaw.com |
|   | 1540 Broadway, 37th Floor |
| 4 | New York, NY 10036 |
|   | Tel: (212) 447-7070 |
| 5 | Fax: (212) 447-7077 |
| 6 | Adam Plant |
|   | aplant@wdklaw.com |
| 7 | 2001 Park Place North, Suite 1000 |
|   | Birmingham, AL  35203 |
| 8 | Tel: (205) 328-9576 |
|   | Fax: (205) 328-0669 |
| 9 | |
|   | Plaintiffs Lead Class Counsel |
| 10 | |
|   | FARUQI & FARUQI, LLP |
| 11 | Adam R. Gonnelli |
|   | agonnelli@faruqilaw.com |
| 12 | David H. Leventhal |
|   | dleventhal@faruqilaw.com |
| 13 | Jamie R. Mogil |
|   | jmogil@faruqilaw.com |
| 14 | 369 Lexington Avenue, 10th Floor |
|   | New York, NY 10017 |
| 15 | Tel: (212) 983-9330 |
|   | Fax: (212) 983-9331 |
| 16 | |
|   | (Counsel for Plaintiffs  Alyce R. Payne, |
| 17 | William French and Karen Michaels) |
| 18 | [Additional counsel appear on signature pages] |

*IT IS SO ORDERED*
*Judge James Ware*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*
2/2/2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In re Apple iPhone 3G Products Liability Litigation | ) CASE NO. M 09-02045 JW |
| | ) **CLASS ACTION** |
| | ) |
| THIS DOCUMENT PERTAINS TO: | ) **NOTICE OF VOLUNTARY DISMISSAL OF AT&T MOBILITY LLC AS A DEFENDANT IN** *PAYNE, et al. v. APPLE INC., et al.,* **CASE NO. C 09-03353-JW** |
| *Payne, et al. v. Apple Inc., et al.,* C 09-03353-JW | ) |
| | ) **Date:   N/A** |
| | ) **Time:   N/A** |
| | ) **Judge:         Hon. James Ware** |

---

NOTICE OF VOLUNTARY DISMISSAL                CASE NO.:  M 09-02045 JW
                                              CASE NO.:  C 09-03353-JW

1  PLEASE TAKE NOTICE that in the above identified matter (*Payne, et al. v. Apple Inc., et
2  al.*, Case No. C09-03353-JW) AT&T Mobility LLC **only** is hereby dismissed as a defendant
3  without prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

4  DATED:  January 26, 2010                    Respectfully Submitted,

5                                              WHATLEY DRAKE & KALLAS LLC

6                                              By:    S/Joe R. Whatley, Jr.
                                                      Joe R. Whatley, Jr.
7                                                     jwhatley@wdklaw.com
                                                1540 Broadway, 37th Floor
8                                               New York, NY 10036
                                                Tel: (212) 447-7070
9                                               Fax: (212) 447-7077

10                                              Adam Plant
                                                aplant@wdklaw.com
11                                              2001 Park Place North, Suite 1000
                                                Birmingham, AL  35203
12                                              Tel: (205) 328-9576
                                                Fax: (205) 328-0669
13
                                                LEAD CLASS COUNSEL
14  DATED:  January 26, 2010                    FARUQI & FARUQI, LLP
15
                                                By:    S/Adam R. Gonnelli
16                                                     Adam R. Gonnelli
                                                       agonnelli@faruqilaw.com
17                                              David H. Leventhal
                                                dleventhal@faruqilaw.com
18                                              Jamie R. Mogil
                                                jmogil@faruqilaw.com
19                                              369 Lexington Avenue, 10th Floor
                                                New York, NY 10017
20                                              Tel: (212) 983-9330
                                                Fax: (212) 983-9331
21
                                                CLAXTON & HILL, PLLC
22                                              Roger F. Claxton
                                                10000 N. Central Expressway, Suite 725
23                                              Dallas, TX 75231
                                                Tel: (214) 969-9029
24                                              Fax: (214) 953-0583

25                                              Counsel for Plaintiffs Alyce R. Payne, William
                                                French and Karen Michaels
26

27  I, Alan M. Mansfield, am the ECF user whose ID and password are being used to file this
28  Joint Motion and accompanying papers.  In compliance with General Order 45, section X.B., I

hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/S) within this e-filed document.

By:   S/Alan M. Mansfield
      Alan M. Mansfield

NOTICE OF VOLUNTARY DISMISSAL                                      CASE NO.:  M 09-02045 JW
                                                                   CASE NO.: C09-00122-JW